# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | CIVIL NO.: 3:19-CV-00834-JBA |
| EMILY BEAUPRE | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHUBB & SON, INC. | : | |
| Defendant. | : | SEPTEMBER 5, 2019 |
| | : | |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules of the Court, Defendant Chubb & Son, Inc. by and through its attorneys Jackson Lewis P.C. hereby respectfully submits its motion to dismiss Plaintiff's Amended Complaint, dated August 10, 2019 [doc. 10], in its entirety for lack of subject matter.

Plaintiff has commenced this action against Chubb & Son, Inc., alleging discrimination in employment. However, as admitted by Plaintiff in her Amended Complaint and further substantiated in the memorandum of law in support of this Motion to Dismiss, Plaintiff was employed by ACE American Insurance Company, an independent corporate entity. Plaintiff will be unable to establish a causal connection between her claimed injury and any act of Chubb & Son, Inc., and thus does not have standing to maintain this claim.

Wherefore, in the absence of standing, this Court is deprived of subject matter jurisdiction and the Court should dismiss Plaintiff's Complaint in its entirety.

**DEFENDANT,
CHUBB & SON, INC.**

By:    */s/    Tanya A. Bovée*
        Tanya A. Bovée (ct24252)
        Russell N. Jarem (ct27848)
        Jackson Lewis P.C.
        90 State House Square, 8th Floor
        Hartford, CT  06103
        Tel.: (860) 522-0404
        Fax: (860) 247-1330
        tanya.bovee@jacksonlewis.com
        russell.jarem@jacksonlewis.com

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on September 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

*/s/ Russell N. Jarem*
Russell N. Jarem